1  **Alfredo M. Morales, SBN 69204**
   Law Offices of Morales & Leaños
2  75 East Santa Clara Street, Suite 250
   San Jose, CA   95ll3
3  (408) 294-5400

4  Counsel for Defendant
   HECTOR JAVIER MACIAS-VALENCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 11/16/06*

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-06-00010 RMW |
| Plaintiff, | STIPULATION AND [] |
| v. | ORDER RE: CONTINUANCE OF SENTENCING HEARING |
| HECTOR JAVIER MACIAS-VALENCIA, et al., | |
| Defendants. | |

The parties, by and through their counsel of record, hereby stipulate to the following:

1. The parties stipulate that the sentencing hearing presently set for November 20, 2006 may be continued to December 14, 2006 at 2:00 p.m.

2. The parties stipulate and request the Court continue the sentencing hearing as counsel for Hector Macias-Valenica is required to be out of town in an unrelated in case and cannot attend the sentencing hearing on November 20, 2006.

3. For the above-described reason, the parties respectfully request a continuance of the sentencing hearing from November 20, 2006 to December 14, 2006 at 2:00 p.m.. The probation officer has been advised of this request for continuance.

Date: 11/13/06                           /s/
                                         Alfredo M. Morales, Esq.
                                         Counsel for Defendant
                                         Hector Javier Macias-Valencia

==================================================================
**STIPULATION FOR CONTINUANCE OF SENTENCING HEARING AND ORDER**     1

1
2          KEVIN V. RYAN
           United States Attorney
3
4  Date: 11/14/06                              /s/
                                        John N. Glang
5                                       Assistant United States Attorney
6
7                              ORDER
8
       FOR THE REASONS SET FORTH IN THE STIPULATION BETWEEN THE PARTIES,
9
   IT IS HEREBY ORDERED that the sentencing hearing for Hector Macias-Valencia is hereby
10
   ordered continued from November 20, 2006 to December 14, 2006 at 2:00 p.m.
11
             .
12
13 Date: 11/16/06                          /s/ Ronald M. Whyte
                                        Ronald M. Whyte
14                                      United States District Judge
15
16
17
18
19
20
21
22
23
24
25
26
27
28

========================================================================
**STIPULATION FOR CONTINUANCE OF SENTENCING HEARING AND ORDER**     2