| | |
|---|---|
| 1 | SCOTT N. SCHOOLS (SCBN 9990)<br>United States Attorney |
| 2 | |
| 3 | MARK L. KROTOSKI (CABN 138549)<br>Chief, Criminal Division |
| 4 | JOHN N. GLANG (GUAMBN 94012)<br>Assistant United States Attorney |
| 5 | |
| 6 | 150 Almaden Boulevard, Suite 900<br>San Jose, California 95113<br>Telephone: (408)-535-5084 |
| 7 | Fax: (408)-535-5066<br>E-Mail: John.Glang@usdoj.gov |
| 8 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 3/22/07*

| UNITED STATES OF AMERICA, | ) | No. CR 06-00010-RMW |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND |
| v. | ) | ORDER RESCHEDULING HEARING ON |
| | ) | DEFENDANT'S MOTION TO |
| HECTOR JAVIER MACIAS-VALENCIA, | ) | WITHDRAW GUILTY PLEA |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED between the parties because of the delay in receiving necessary transcripts and the upcoming vacation of the undersigned prosecuting attorney from March 21-March 23, 2007, and based upon such stipulation it is hereby ordered, that the hearing on the defendant's motion to withdraw his guilty plea, currently scheduled for Thursday, March 29, 2007 at 2:00 p.m. be continued and a new hearing date of Thursday, April 26, 2007 at 2:00 p.m. is hereby set.

It is so stipulated.

Dated: __3/14/07_____                     _____/S/_____
                                                JOHN N. GLANG
                                                Assistant U.S. Attorney

**STIPULATION AND  ORDER RESCHEDULING HEARING ON DEF'S MOTION TO WITHDRAW GUILTY PLEA**
**CR 06-00010-RMW**

1  It is so stipulated:

2  Dated: _____3/14/07_____              _____/S/_____
                                            MICHAEL W. ARMSTRONG, ESQ.
3                                           Attorney for Hector Javier Macias-Valencia

4

5  It is so ORDERED:

6  Dated:  3/22/07                          *Ronald M. Whyte*_____
                                            RONALD M. WHYTE
7                                           United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION AND ORDER RESCHEDULING HEARING ON DEF'S MOTION TO WITHDRAW GUILTY PLEA**
**CR 06-00010-RMW**                    2