1  Michael W. Armstrong, Esq., (SBN: 87799)

 Nolan, Armstrong & Barton, LLP

600 University Ave. \ Palo Alto, Ca. 94301
Tel. (650) 326-2980  Fax (650) 326-9704

Attorney for Defendant
Hector Javier Macias-Valencia

*E-FILED - 5/30/07*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | Case No. CR 06-00010 RMW |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER REGARDING CONTINUANCE OF MOTION DATE |
| HECTOR JAVIER MACIAS-VALENCIA, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED between defendant Hector Javier Macias-Valencia, through his counsel, Michael W. Armstrong, and the United States, through its counsel, Assistant United States Attorney John N. Glang, that the previously scheduled motions date of April 26, 2007, at 2:00 p.m., be continued until Thursday, May 31, 2007, at 2:00 p.m.

The grounds for this stipulation for continuance are that Mr. Armstrong needs additional time to file the motion to withdraw the previously entered guilty pleas, and Mr. Glang needs sufficient time to respond. Mr. Armstrong will file his motion with the court

and serve it on opposing counsel on or before Thursday, May 3, 2007, and Mr. Glang will have approximately three weeks to respond to the defendant's motion.

SO STIPULATED:

Dated:  April 25, 2007

/s/
JOHN N. GLANG
Assistant United States Attorney

Dated: April 25, 2007

/s/
MICHAEL W. ARMSTRONG
Counsel for Mr. Macias-Valencia

Based upon the foregoing stipulation and good cause appearing therefor,

IT IS HEREBY ORDERED that the date for hearing on defendant's motion to withdraw guilty pleas is continued to Thursday, May 31, 2007, at 2:00 p.m. before the Honorable Ronald M. Whyte, United States District Judge.

SO ORDERED:

Dated: __5/30/07__

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

- 2 -
STIPULATION AND ORDER