SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK L. KROTOSKI (CABN 138549)
Chief, Criminal Division

JOHN N. GLANG (GUAMBN 94012)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408)-535-5084
    Facsimile: (408)-535-5066
    E-Mail: John.Glang@usdoj.gov

Attorneys for Plaintiff

*E-FILED - 5/30/07*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>     Plaintiff, ) <br> ) <br>     v. ) <br> ) <br> HECTOR JAVIER MACIAS-VALENCIA, ) <br> ) <br>     Defendant. ) <br> ) | No.  CR-06-00010-RMW <br><br> ORDER FINDING WAIVER OF PRIVILEGE AND ALLOWING DEFENSE COUNSEL TO DISCUSS DEFENDANT'S CLAIMS WITH THE GOVERNMENT AND TO PROVIDE DECLARATION TO THE COURT |

    Good cause appearing, the Court hereby finds that the defendant's Motion to Withdraw his Guilty Pleas filed pursuant to F.R.C.P. Rule 11(d)(2)(B) waived the attorney-client privilege between the defendant and prior defense counsel Alfredo Morales with regard to all matters raised in the defendant's motion. IT IS HEREBY ORDERED that prior defense counsel Alfredo Morales may discuss the claims raised in the defendant's motion to withdraw his guilty pleas with the government and may file a Declaration with the court detailing his conversations with

///

///

///

1  the defendant and his advice to him on all claims raised in the defendant's motion.

2  IT IS SO ORDERED.

3

4  DATED: _____5/29/07_____        _____*Ronald M. Whyte*_____
5                                  HON. RONALD M. WHYTE
                                    UNITED STATES DISTRICT JUDGE

[] ORDER FINDING WAIVER OF PRIVILEGE                                    2
AND ALLOWING DEFENSE COUNSEL TO PROVIDE DECLARATION
                              2