1  SUZANNE A. LUBAN
   Attorney At Law
2  State Bar No. 120629
   3758 Grand Avenue #4
3  Oakland, California 94610
   Phone: 510/832-3555
4

5  Attorney for Defendant
   HECTOR JAVIER MACIAS-VALENCIA            ***E-FILED - 5/7/09***
6

7                    UNITED STATES DISTRICT COURT

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                         (San Jose Venue)

10

11 | UNITED STATES OF AMERICA,           )  Case No. CR 06-00010-RMW
                                         )
12 |         Plaintiff,                  )  STIPULATION SETTING
                                         )  RESENTENCING HEARING
13 |    vs.                              )   AND ORDER
                                         )
14 | HECTOR JAVIER MACIAS-VALENCIA )
                                         )  Date: Mon. Sept. 8, 2009
15 |         Defendants.                 )  Time: 9:00 a.m.
                                         )  Judge: Hon. Ronald M. Whyte
16 | _____)

17

18      This case has been remanded to this Court for resentencing for the reasons
19 stated in the Ninth Circuit Court of Appeals Memorandum of Decision filed March 4,
20 2009 in C.A. Case No. 07-10350. Defendant Hector Macias-Valencia and the
21 government, by and through their counsel, agree and stipulate that the resentencing
22 hearing shall be set before this Court on September 8, 2009 at 9:00 a.m.
23      The parties agree that they shall file their respective briefs no later than one
24 week in advance of the hearing. Mr. Macias-Valencia is in custody at the FCI in Big
25 Springs, Texas. The government will submit the required documentation and will
26 work together with the U.S. Marshal to have the defendant transported to San Jose
27 for the hearing.
28      Defense counsel requests that the defendant be brought to the district at least

                                      1

1 two weeks prior to the hearing to allow counsel and the defendant to confer, and
2 requests that the U.S. Marshal notify defense counsel as soon as Mr. Macias-
3 Valencia arrives in San Jose.  The government has no objection to these requests.
4     Both counsel and U.S. Probation Officer Lori Timmons, are available on
5 September 8, 2009.
6     IT IS SO STIPULATED:

8 DATED: May 1, 2009                          /S/ Suzanne A. Luban
9                                             SUZANNE A. LUBAN,
                                              Counsel for Hector Macias-Valencia
10

11
12 DATED: May 1, 2009                          /S/ John Glang[1]
                                              JOHN N. GLANG
13                                             Assistant United States Attorney
                                              Counsel for Plaintiff

---

[1] I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

                                               /S/   Suzanne A. Luban
                                              SUZANNE A. LUBAN
                                              Counsel for Defendant

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(San Jose Venue)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> HECTOR JAVIER MACIAS-VALENCIA ) <br> ) <br> Defendants. ) <br> _____) | Case No. CR 06-00010-RMW <br><br> [] <br> ORDER <br><br><br> Date: Mon. Sept. 8, 2009 <br> Time: 9:00 a.m. <br> Judge: Hon. Ronald M. Whyte |

For Good Cause Shown, IT IS HEREBY ORDERED that:

1. The resentencing hearing shall be placed on the Court's calendar for September 8, 2009 at 9:00 a.m.;

2. The parties shall file their respective briefs no later than one week in advance of the hearing;

3. The government shall take the necessary steps to arrange to have the defendant transported to San Jose for the hearing, and shall work with the U.S. Marshal to get him here at least two weeks prior to the hearing;

4. The U.S. Marshal shall transport the defendant to the district at least two weeks prior to the hearing, and shall notify defense counsel Suzanne A. Luban by calling her at (510) 832-3555 as soon as Mr. Macias-Valencia arrives in San Jose.

Dated: __5/7____, 2009

*Ronald M. Whyte*
_____
HON. RONALD M. WHYTE
U.S. District Judge