1  SUZANNE A. LUBAN
   Attorney At Law
2  State Bar No. 120629
   3758 Grand Avenue #4
3  Oakland, California 94610
   Phone: 510/832-3555
4
                                              *E-FILED - 11/4/09*
5  Attorney for Defendant
   HECTOR MACIAS-VALENCIA
6

7
                     UNITED STATES DISTRICT COURT
8
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                        (San Jose Division)

10

11
   UNITED STATES OF AMERICA,        )        CR 06-00010-RMW
12                                   )
                Plaintiff,           )        STIPULATION AND ORDER
13                                   )        CONTINUING RE-SENTENCING
        vs.                          )        AND  ORDER
14                                   )
   HECTOR MACIAS-VALENCIA,           )
15                                   )
                Defendant.           )
16  _____  )        Judge: Hon. Ronald M. Whyte

17

18       This case has been remanded to this Court for re-sentencing for the

19  reasons stated in the Ninth Circuit Court of Appeals Memorandum of

20  Decision filed March 4, 2009 in C.A. Case No. 07-10350.

21       To provide defense counsel sufficient time to meet with the defendant

22  and to prepare for re-sentencing, Defendant Hector Macias-Valencia and the

23  government, by and through their counsel, agree and stipulate that the

24  resentencing hearing shall be set before this Court on November 5, 2009 at

25  2:00 p.m.  The parties agree that they shall file their respective briefs no later

26  than one week in advance of the hearing.

27       The defendant is in federal custody, and has been transported to the

28  district by the U.S. Marshal.

                                      1

1          Both counsel and U.S. Probation Officer Lori Timmons, are available

2    on November 5, 2009.  Therefore the parties request the Court to continue the

3    re-sentencing hearing to November 5, 2009 at 2:00 p.m.

4          IT IS SO STIPULATED:

5

6    DATED: September 17, 2009          /S/   Suzanne A. Luban/
                                        SUZANNE A. LUBAN
7    _____    Attorney for Hector Macias-Valencia

8

9    DATED: September 17, 2009          /S/ John N. Glang[1]
                                        JOHN N. GLANG
10                                      Counsel for Plaintiff

11

12   _____

13

14                              ORDER

15

16         Based on the stipulation of the parties, it is hereby ordered that Re-

17   sentencing in the above-entitled case shall be scheduled for Thursday,

18   November 5, 2009, at 2:00 p.m. The parties shall file any sentencing briefs

19   with the Court no later than one week prior to said hearing date.

20   Dated: _____11/4_____, 2009        *Ronald M. Whyte*

21                                      _____
                                        RONALD M. WHYTE
22                                      U.S. District Judge

23

24

25

26

27
     _____
28        [1]I hereby attest that I have on file all holograph signatures for any signatures
     indicated by a "conformed" signature (/S/) within this efiled document.